UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MONICA H. HUJAZI,<br><br>Plaintiff/Appellant. | Case No. 21-cv-00691-EMC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff/Appellant filed a Notice of Appeal on January 28, 2021. The record on appeal was designated on February 26, 2021. Since that time, Plaintiff/Appellant has failed to file her principal brief, as provided in the scheduling order. *See* Docket No. 2 (providing that Appellant's principal brief is due "no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket").

Accordingly, the Court hereby orders Plaintiff/Appellant to show cause as to why this case should not be dismissed for failure to prosecute. In her response to this order to show cause, Plaintiff/Appellate must also address the merits of her appeal. The response shall be filed within two weeks of the date of this order. If no response is filed by this date, then the Clerk of the Court shall automatically dismiss the appeal without prejudice and close the file in the case.

**IT IS SO ORDERED**.

Dated: April 27, 2021

_____
EDWARD M. CHEN
United States District Judge